AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Suzanne L. Johnston <br> *Plaintiff* <br> v. <br> Illinois State University, Bradley University, Illinois Central College <br> *Defendants* | ) ) ) ) ) ) ) Civil Action No.  1:24-cv-01022-SLD-JEH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:**  Plaintiff, Suzanne L. Johnston's complaint is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by  Chief Judge Sara Darrow.

Date: 2/2/2024
AJKV

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*